# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| GARY T. PARKS and <br> GLADYS F. PARKS, <br><br> Plaintiffs, <br><br> v. <br><br> KRAMER & FRANK, P.C., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 05-0869-CV-W-DW <br> ) <br> ) <br> ) <br> ) |

## ORDER

Before the Court is Plaintiffs' Motion to Dismiss with Prejudice (Doc. 5). Plaintiffs filed their Complaint on September 22, 2005. Defendants have not answered or otherwise responded. Therefore, pursuant to Fed. R. Civ. P. 41(a), Plaintiffs motion is GRANTED and this action is dismissed *with prejudice*.

IT IS SO ORDERED.

                                                  /s/ DEAN WHIPPLE
                                                    Dean Whipple
                                              United States District Court

Date:   November 14, 2005